# UNITED STATES DISTRICT COURT
### Northern District of California
### 450 Golden Gate Avenue
### San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 23, 2008

Jonathan Lee Riches
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590

SUBJECT:   Request for Payment of Docket Fee

**Title: JONATHAN LEE RICHES -v- LI KA-SHING**
**Case Number:   CV 07-05865 MJJ**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Simone Voltz
Case Systems Administrator

cc: U.S. Court of Appeals